IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **BHANDARA FAMILY LIVING TRUST,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO.: 4:19-cv-00968 |
| **UNDERWRITERS AT LLOYD'S LONDON F/K/A CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, INDIAN HARBOR INSURANCE COMPANY, QBE SPECIALTY INSURANCE COMPANY, STEADFAST INSURANCE COMPANY, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, UNITED SPECIALTY INSURANCE COMPANY,  LEXINGTON INSURANCE COMPANY, OLD REPUBLIC UNION INSURANCE COMPANY, AMRISC, LLC, AND US RISK, LLC,** | § § § § § § § § § § § § § § § § | |
| Defendants. | § | |

### UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

TO THE HONORABLE COURT:

Jennifer Justice of the law firm of Clark Hill Strasburger requests permission to withdraw from representing Defendant AmRisc, LLC. This Motion is based on good cause because Jennifer Justice is resigning, effective February 14, 2020, from the law firm of Clark Hill Strasburger, attorneys for Defendant AmRisc, LLC. This motion is not sought for delay and is unopposed by counsel for Plaintiffs.  Ms. Justice requests that Jeremy Wallace, attorney with the law firm of Clark Hill Strasburger, be substituted in her place.  Scott A. Shanes will remain as lead counsel.  Jeremy Wallace's contact information is:

Jeremy Wallace
State Bar No. 24110825
2600 Dallas Parkway, Suite 600
Frisco, Texas 75034
469-287-3903 (Phone)
jwallace@clarkhill.com

WHEREFORE, PREMISES CONSIDERED, Jennifer Justice respectfully requests that this Court permit her to withdraw from this cause, and substitute Jeremy Wallace as counsel in her place.

Respectfully submitted,

_____
**SCOTT A. SHANES**
State Bar No. 00784953
shaness@clarkhill.com
**JENNIFER A. JUSTICE**
State Bar No. 24089016
jjustice@clarkhill.com
CLARK HILL STRASBURGER
2600 Dallas Parkway, Suite 600
Frisco, TX 75034
469.287.3900
469.287.3999 Fax
**ATTORNEYS FOR DEFENDANT AMRISC, LLC**

### CERTIFICATE OF CONFERENCE

I, the undersigned attorney, hereby certify to the Court that I have conferred with opposing counsel in an effort to resolve the issues contained in this motion without the necessity of Court intervention, and opposing counsel indicated that they do not oppose this motion.

_____
**JENNIFER JUSTICE**

**CERTIFICATE OF SERVICE**

    The undersigned counsel certifies that on February 13, 2020 a true and correct copy of the foregoing was forwarded to all counsel of record in accordance with the Texas Rules of Civil Procedure.

_____
**JENNIFER JUSTICE**